PEAKE v. FULLER.

MUTUAL INSURANCE — INSOLVENCY OF COMPANY — RECEIVER'S ASSESSMENT — MEMBERS' LIABILITY — LIMITATIONS.

Under 2 Comp. Laws 1897, § 7282, providing that the receiver of an insolvent mutual fire-insurance company shall proceed at once to assess upon the members and persons insured a sum sufficient to pay all the losses of the company together with the expenses of the receivership, the statute of limitations does not begin to run against the members' liability until the assessment is made.

Error to Ionia; Davis, J. Submitted April 10, 1900. Decided April 24, 1900.

*Assumpsit* by J. Warren Peake, receiver of the Ionia, Eaton & Barry Farmers' Mutual Fire-Insurance Company, against George S. Fuller, to recover an assessment on a policy. From a judgment for plaintiff, defendant brings error. Affirmed.

*Clement Smith*, for appellant.

*George E. Nichols*, for appellee.

PER CURIAM. The facts in this case are like the facts in *Peake* v. *Yule, ante,* 675 (82 N. W. 514), and that case is controlling of the present, except one other question is here raised. It is claimed by the defendant that the action is barred by the statute of limitations. We think

not. That question is controlled by the case of *Wardle* v. *Hudson*, 96 Mich. 432 (55 N. W. 992). The statute did not begin to run until the time the assessment was made. See *Smith* v. *Bell*, 107 Pa. St. 352.

The judgment must be affirmed.